MANDATORY CHAMBERS COPY

1  DAVID D. LAWRENCE, State Bar No. 123039
   DENNIS M. GONZALES, State Bar No. 59414
2  NATHAN A. OYSTER, State Bar No. 225307
   noyster@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
4  Glendale, California 91210-1219
   Telephone No. (818) 545-1925
5  Facsimile No. (818) 545-1937

FILED
CLERK, U.S. DISTRICT COURT
APR 1 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

JS-6

6  Attorneys for Defendants
   COUNTY OF LOS ANGELES and
7  LOS ANGELES COUNTY SHERIFF'S
   DEPARTMENT
8

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11

12 | MARIA LOPEZ, an individual,          | Case No. CV 10-07271 SVW (SHx)
13 |                                      |
   |        Plaintiff,                    | Honorable Stephen V. Wilson
14 |                                      |
15 |    vs.                               |
   |                                      | [PROPOSED] ORDER
16 |                                      | DISMISSING THIS ACTION IN
   | COUNTY OF LOS ANGELES, LOS           | ITS ENTIRETY
17 | ANGELES COUNTY SHERIFF'S             |
   | DEPARTMENT; and, LEROY D.            |
18 | BACA, in his official capacity as    |
   | Sheriff of Los Angeles County; and   |
19 | DOES 1 through 10, inclusive,        |
20 |                                      |
   |        Defendants.                   |
21

        Pursuant to the parties' Stipulation for An Order to Dismiss This Action in
Its Entirety, IT IS HEREBY ORDERED THAT:

26  //
27  //
28  //

1

1. Plaintiff's First Claim for Relief is dismissed with prejudice in its entirety;

2. Any aspect of Plaintiff's Second Claim for Relief that is based upon a theory that the shooting of Anthony Aguilar was an intentional act is dismissed with prejudice against all Defendants;

3. Any aspect of Plaintiff's Second Claim for Relief that is based upon a theory that the shooting of Anthony Aguilar was the result of an accidental discharge of Deputy Magana's firearm is dismissed without prejudice;

4  Plaintiff's prayer for relief for punitive damages is dismissed with prejudice; and

5. Each side is to bear their own costs and fees as to the dismissals in paragraphs 1 and 2 of this Order.

IT IS SO ORDERED:

Dated: 4/12/11

Hon. Stephen V. Wilson
United States District Judge